# EXHIBIT 2



SK1_1505



SK1_1506



SK1_1511



SK1_1524



SK1_1537