UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENIA GOSHAY,

       Plaintiff,                    Case No. 1:21–cv–848

v.                                Hon. Robert J. Jonker

LAKESIDE FOR CHILDREN, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on September 30, 2021 .   The case has been assigned to Robert J. Jonker .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                    CLERK OF COURT

Dated:  October 1, 2021        By:   /s/ M. Carlson_____
                                                     Deputy Clerk