# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Bradley Hodge
ADDRESS:

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk     October 04, 2021
                    Date

---

## PROOF OF SERVICE

This summons for __Bradley Hodge__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Brandon Reynolds
ADDRESS:

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk     October 04, 2021
                     Date

## PROOF OF SERVICE

This summons for _____Brandon Reynolds_____ was received by me on _____.
                    (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Coady Ries
ADDRESS:

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **21** days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk — October 04, 2021
Date

### PROOF OF SERVICE

This summons for **Coady Ries** (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Cole Hodge
ADDRESS:

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI  48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

By: Deputy Clerk          October 04, 2021
                                  Date

## PROOF OF SERVICE

This summons for _____Cole Hodge_____ was received by me on _____.
                    (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                              *Server's signature*

Additional information regarding attempted service, etc.:

                                                                              *Server's printed name and title*

                                                                              *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

TO: Heather McLogan
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

Date: October 04, 2021

## PROOF OF SERVICE

This summons for __Heather McLogan__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Server's printed name and title

Additional information regarding attempted service, etc.:

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Ja'Shon Cheeks
ADDRESS:

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk          October 04, 2021
                          Date

## PROOF OF SERVICE

This summons for __Ja'Shon Cheeks__ was received by me on _____.
(name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                        Server's printed name and title

                                                        _____
                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

TO: Lakeside Academy
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk         October 04, 2021
                          Date

## PROOF OF SERVICE

This summons for __Lakeside Academy__ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                          Server's printed name and title

                                          Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Lakeside for Children d/b/a Lakeside Academy
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk        Date: October 04, 2021

## PROOF OF SERVICE

This summons for __Lakeside for Children d/b/a Lakeside Academy__ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                               (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                                   Server's printed name and title

                                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

v.

TO: Maurice Davis
ADDRESS:

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk          Date: October 04, 2021

---

## PROOF OF SERVICE

This summons for __Maurice Davis__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Michael Mosley
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk          October 04, 2021
                          Date

## PROOF OF SERVICE

This summons for __Michael Mosley__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Orlando Little, Jr.
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI  48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

By: Deputy Clerk

October 04, 2021
Date

## PROOF OF SERVICE

This summons for __Orlando Little, Jr.__ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Sequel Academy Holdings, LLC.
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

October 04, 2021
Date

## PROOF OF SERVICE

This summons for _____Sequel Academy Holdings, LLC._____ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Sequel TSI Holding, LLC.
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk     Date: October 04, 2021

## PROOF OF SERVICE

This summons for _____Sequel TSI Holding, LLC._____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                  _____
                                                      Server's signature

Additional information regarding attempted service, etc.:   _____
                                                            Server's printed name and title

                                                            _____
                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Sequel Youth and Family Services, LLC.
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI  48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk

Date: October 04, 2021

## PROOF OF SERVICE

This summons for ____Sequel Youth and Family Services, LLC.____ was received by me on _____.
(name of individual and title, if any)                                                                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                              (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                        (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Sequel Youth Services of Michigan, LLC.
ADDRESS:

**PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS**
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

**CLERK OF COURT**

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk          October 04, 2021
                                  Date

## PROOF OF SERVICE

This summons for __Sequel Youth Services of Michigan, LLC.__ was received by me on _____.
(name of individual and title, if any)                                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                          (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                      (name of individual)
of process on behalf of _____ on _____.
                                          (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                    _____
                                                                              Server's signature

Additional information regarding attempted service, etc.:
                                                                              _____
                                                                              Server's printed name and title

                                                                              _____
                                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Sequel Youth Services, LLC.
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

By: Deputy Clerk

Date: October 04, 2021

## PROOF OF SERVICE

This summons for _____Sequel Youth Services, LLC._____ was received by me on _____.
(name of individual and title, if any)                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                  _____
                                                                  *Server's signature*

Additional information regarding attempted service, etc.:
                                                                  _____
                                                                  *Server's printed name and title*

                                                                  _____
                                                                  *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, as Personal Representative of the ESTATE OF CORNELIUS FREDERICK, deceased

v.

LAKESIDE FOR CHILDREN d/b/a LAKESIDE ACADEMY; LAKESIDE ACADEMY; SEQUEL YOUTH SERVICES OF MICHIGAN, LLC.,; SEQUEL TSI HOLDINGS, LLC., et al.

Case No. 1:21-cv-00848
Hon. Robert J. Jonker

TO: Zachary Solis
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Geoffrey N. Fieger (P30441)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555 / g.fieger@fiegerlaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                                                        October 04, 2021
                                                                                    Date

## PROOF OF SERVICE

This summons for __Zachary Solis__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address