# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TENIA GOSHAY, PERSONAL REPRESENTATIVE
OF THE ESTATE OF CORNELIUS FREDERICK,
DECEASED,

        Plaintiff,                            Case No. 1:21:-cv-00848

v.                                              Hon. Robert J. Jonker

LAKESIDE FOR CHILDREN d/b/a LAKESIDE
ACADEMY; LAKESIDE ACADEMY; SEQUEL
YOUTH SERVICES OF MICHIGAN, LLC;
SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH
AND FAMILY SERVICES, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH SERVICES, LLC;
COLE HODGE (DEFENDANT #1); ZACHARY SOLIAS
(DEFENDANT #2); MICHAEL MOSLEY (DEFENDANT #3);
ORLANDO LITTLE, JR. (DEFENDANT #4); COADY RIES
(DEFENDANT #5); MAURICE DAVIS (DEFENDANT #6);
JA'SHON CHEEKS (DEFENDANT #7); BRANDON REYNOLDS
(DEFENDANT #8); HEATHER MCLOGAN (DEFENDANT #9);
and BRADLEY HODGE (DEFENDANT #10)

        Defendants.

| | |
|---|---|
| **GEOFFREY N. FIEGER (P30441)**<br>FIEGER, FIEGER, KENNEY & HARRINGTON P.C.<br>*Attorney for Plaintiff*<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>g.fieger@fiegerlaw.com | **TODD A. MCCONAGHY (P55675)**<br>LEE C. PATTON (P26025)<br>RONALD S. LEDERMAN (P38199)<br>SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC<br>*Attorneys for Defendants Cole Hodge, Orlando Little, Jr., Coady Ries, Maurice Davis, Ja'shon Cheeks, Brandon Reynolds, and Bradley Hodge*<br>400 Galleria Officentre, Ste. 500<br>Southfield, MI 48034<br>(248) 746-0700 – 248-746-2793 (fax)<br>tmcconaghy@sullivanwardlaw.com<br>lpatton@sullivanwardlaw.com<br>rlederman@sullivanwardlaw.com |

| | |
|---|---|
| **JONATHAN R. MARKO (P72450)**<br>MARKO LAW, PLLC<br>*Attorney for Plaintiff*<br>300 Broadway Street<br>Fifth Floor<br>Detroit, MI 48226<br>(313) 777-7529;<br>Fax (313) 771-5785<br>jon@markolaw.com<br><br>**GRETCHEN L. OLSEN (P36619)**<br>TANOURY, NAUTS, MCKINNEY &<br>DWAIHY, PLLC<br>*Attorney for Michael Mosley*<br>38777 Six Mile Road, Suite 101<br>Livonia, MI 48152<br>(313) 964-4500;<br>Fax (734) 469-4298<br>gretchen.olsen@tnmglaw.com | **DANIEL FERRIS (P69633)**<br>Kerr, Russell & Weber, PLC<br>*Attorney for Lakeside for Children d/b/a Lakeside Academy; Lakeside Academy; Sequel Youth Services of Michigan, LLC; Sequel TSI Holdings, LLC; Sequel Youth and Family Services, LLC; Sequel Academy Holdings, LLC; Sequel Youth Services, LLC*<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI 48226-5499<br>(313) 961-0200;<br>Fax (313) 961-0388<br>dferris@kerr-russell.com |
| **STEVEN J. BONASSO (P55529)**<br>CORBET SHAW ESSAD &<br>  BONASSO PLLC<br>*Attorney for Zachary Solias*<br>30500 Van Dyke Ave., Suite 500<br>Warren, MI 48093<br>(313) 964-6300;<br>Fax (313) 964-6310<br>steven.bonasso@cseb-law.com | **AMY SCHLOTTERER (P59813)**<br>RUTLEDGE MANION RABAUT<br>  TERRY & THOMAS PC<br>*Attorney for Heather McLogan*<br>300 River Place Dr., Ste. 1400<br>Detroit, MI 48207-5095<br>(313) 965-6100;<br>Fax (313) 965-6558<br>aschlott@rmrtt.com |

## **ANSWER TO COMPLAINT**

NOW COME Defendants, **COLE HODGE, ORLANDO LITTLE, JR., COADY RIES, MAURICE DAVIS, JA'SHON CHEEKS, BRANDON REYNOLDS, and BRADLEY HODGE**, by and through their Attorneys, SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC, and in Answer to Plaintiff's Complaint, state:

## JURISDICTION AND PARTIES

1. Denied in the manner and form alleged for the reason that the allegations constitute conclusions of law and leave the Plaintiff to her proofs.

2. Denied in the manner and form alleged for the reason that the allegations constitute conclusions of law and leave the Plaintiff to her proofs.

3. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

4. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

5. Denied in the manner and form alleged for the reason that the allegations constitute conclusions of law and leave the Plaintiff to her proofs.

6. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

7. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

8. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

9. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

10. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

11. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

12. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

13. Denied in its entirety for the reason that the allegations are untrue.

14. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

15. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

16. Denied in its entirety for the reason that the allegations are untrue.

17. Denied in its entirety for the reason that the allegations are untrue.

18. Denied in its entirety for the reason that the allegations are untrue.

19. Denied in its entirety for the reason that the allegations are untrue.

20. Denied in its entirety for the reason that the allegations are untrue.

21. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

22. Denied in its entirety for the reason that the allegations are untrue.

23. Denied in its entirety for the reason that the allegations are untrue.

## **FACTS**

24. Defendants herein repeat answers to each and every allegation contained in Paragraphs 1 through 23 of Plaintiff's Complaint as though set forth herein at length.

25. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

26. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

27. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

28. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

29. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

30. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

31. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

32. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

33. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

34. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

35. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

36. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

37. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

38. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

39. Denied in its entirety for the reason that the allegations are untrue.

40. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

41. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

42. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

43. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

44. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

45. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

46. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations.

47. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

48. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

49. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

50. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

51. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

52. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

53. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

54. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

55. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

56. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

57. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

58. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

59. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

60. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

61. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

62. (Including subparagraphs a-f) The Defendants admit that certain duties were owed to the Plaintiff's Decedent. However, the Defendants deny that the allegations within the said Paragraph are a

proper statement of the law, furthermore, the Defendants deny breaching any duties owed to the Plaintiff's Decedent.

63. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

64. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

65. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

## COUNT I
### *MONELL* CLAIM AS TO THE CORPORATE DEFENDANTS

66. Defendants herein repeat answers to each and every allegation contained in Paragraphs 1 through 65 of Plaintiff's Complaint as though set forth herein at length.

67. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

68. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

69. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

70. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

71. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

72. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

73. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

74. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

## COUNT II
## 43 USC § 19083 INDIVIDUAL VIOLATIONS OF THE EIGHTH AND/OR FOURTEENTH AMENDMENTS

75. Defendants herein repeat answers to each and every allegation contained in Paragraphs 1 through 74 of Plaintiff's Complaint as though set forth herein at length.

76. The Defendants admit that certain duties were owed to the Plaintiff's Decedent. However, the Defendants deny that the allegations within the said Paragraph are a proper statement of the law, furthermore, the Defendants deny breaching any duties owed to the Plaintiff's Decedent.

77. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

78. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

79. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

80. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

81. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

82. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

83. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

84. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

85. (Including subparagraphs a-o) Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

86. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations, Defendants offer no answer in that the allegations relate to another Defendant only.

87. Denied as to the allegations relating to these Defendants for the reason that the same are untrue. As to the balance of the allegations,

Defendants offer no answer in that the allegations relate to another Defendant only.

**WHEREFORE**, Defendants herein pray that this Honorable Court enter its judgment of no cause for action in favor of these Defendants and allow them all reasonable Court costs and attorney fees incurred in defense of Plaintiff's Complaint.

## **FURTHER ANSWER**

Further answering Plaintiff's Complaint in each and every section, the Defendants aver they were guided by all of their legal duties and obligations imposed by operation of law and otherwise, and all of their actions were careful, prudent, proper and lawful.

Further answering said Complaint, these Defendants aver that the Plaintiff's Complaint on its face is improper in form; that it is inadequate, insufficient and defective in that it pleads only conclusion; that it fails to contain the required allegations necessary to state a cause of action, either as a matter of fact or as a matter of law, and accordingly should be stricken. Defendants give notice that a Motion for Summary Disposition will be brought on for hearing before the judge of this Court to whom this case shall be regularly assigned to hear such motions at a time to be provided hereafter.

## DEMAND FOR BILL OF PARTICULARS

These Defendants demand an itemized Bill of Particulars setting forth specifically and in detail, each and every item of loss, damage and expense claimed and relied upon by the Plaintiff together with the nature and amount of such item(s), and the person(s) to whom such amount(s) have been paid or indebtedness exist(s); these Defendants hereby give notice that upon failure of Plaintiff to timely furnish same, these Defendants will request to have this case dismissed because of such failure.

Respectfully submitted,

**SULLIVAN, WARD, PATTON, GLEESON & FELTY, P.C.**

By: /s/ Todd A. McConaghy
TODD A. MCCONAGHY (P55675)
LEE C. PATTON (P26025)
RONALD S. LEDERMAN (P38199)
*Attorneys for Defendants Cole Hodge, Orlando Little, Jr., Coady Ries, Maurice Davis, Ja'shon Cheeks, Brandon Reynolds, and Bradley Hodge*
400 Galleria Officentre, Ste. 500
Southfield, MI 48034
(248) 746-0700
tmcconaghy@sullivanwardlaw.com
lpatton@sullivanwardlaw.com
rlederman@sullivanwardlaw.com

Dated: December 2, 2021
W2534935.DOCX

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the ECF system which will serve a copy of same upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 2, 2021, by:

☐ U.S. Mail ☐ Hand Delivered ☐ Other: Email
☐ Fax ☐ Overnight Courier
☐ Fed. Express ☒ Other: Efile

Signature: */s/ Denise Roulo*
Sullivan, Ward, Patton, Gleeson & Felty, P.C.