# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TENIA GOSHAY, PERSONAL REPRESENTATIVE
OF THE ESTATE OF CORNELIUS FREDERICK,
DECEASED,

        Plaintiff,                              Case No. 1:21:-cv-00848

v.                                                Hon. Robert J. Jonker

LAKESIDE FOR CHILDREN d/b/a LAKESIDE
ACADEMY; LAKESIDE ACADEMY; SEQUEL
YOUTH SERVICES OF MICHIGAN, LLC;
SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH
AND FAMILY SERVICES, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH SERVICES, LLC;
COLE HODGE (DEFENDANT #1); ZACHARY SOLIAS
(DEFENDANT #2); MICHAEL MOSLEY (DEFENDANT #3);
ORLANDO LITTLE, JR. (DEFENDANT #4); COADY RIES
(DEFENDANT #5); MAURICE DAVIS (DEFENDANT #6);
JA'SHON CHEEKS (DEFENDANT #7); BRANDON REYNOLDS
(DEFENDANT #8); HEATHER MCLOGAN (DEFENDANT #9);
and BRADLEY HODGE (DEFENDANT #10)

        Defendants.

| **GEOFFREY N. FIEGER (P30441)**<br>FIEGER, FIEGER, KENNEY & HARRINGTON P.C.<br>*Attorney for Plaintiff*<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>g.fieger@fiegerlaw.com | **TODD A. MCCONAGHY (P55675)**<br>LEE C. PATTON (P26025)<br>RONALD S. LEDERMAN (P38199)<br>SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC<br>*Attorneys for Defendants Cole Hodge, Orlando Little, Jr., Coady Ries, Maurice Davis, Ja'shon Cheeks, Brandon Reynolds, and Bradley Hodge*<br>400 Galleria Officentre, Ste. 500<br>Southfield, MI 48034<br>(248) 746-0700 – 248-746-2793 (fax)<br>tmcconaghy@sullivanwardlaw.com<br>lpatton@sullivanwardlaw.com<br>rlederman@sullivanwardlaw.com |
|---|---|

| | |
|---|---|
| **JONATHAN R. MARKO (P72450)**<br>MARKO LAW, PLLC<br>*Attorney for Plaintiff*<br>300 Broadway Street<br>Fifth Floor<br>Detroit, MI 48226<br>(313) 777-7529;<br>Fax (313) 771-5785<br>jon@markolaw.com<br><br>**GRETCHEN L. OLSEN (P36619)**<br>TANOURY, NAUTS, MCKINNEY & DWAIHY, PLLC<br>*Attorney for Michael Mosley*<br>38777 Six Mile Road, Suite 101<br>Livonia, MI 48152<br>(313) 964-4500;<br>Fax (734) 469-4298<br>gretchen.olsen@tnmglaw.com | **DANIEL FERRIS (P69633)**<br>Kerr, Russell & Weber, PLC<br>*Attorney for Lakeside for Children d/b/a Lakeside Academy; Lakeside Academy; Sequel Youth Services of Michigan, LLC; Sequel TSI Holdings, LLC; Sequel Youth and Family Services, LLC; Sequel Academy Holdings, LLC; Sequel Youth Services, LLC*<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI 48226-5499<br>(313) 961-0200;<br>Fax (313) 961-0388<br>dferris@kerr-russell.com |
| **STEVEN J. BONASSO (P55529)**<br>CORBET SHAW ESSAD & BONASSO PLLC<br>*Attorney for Zachary Solias*<br>30500 Van Dyke Ave., Suite 500<br>Warren, MI 48093<br>(313) 964-6300;<br>Fax (313) 964-6310<br>steven.bonasso@cseb-law.com | **AMY SCHLOTTERER (P59813)**<br>RUTLEDGE MANION RABAUT TERRY & THOMAS PC<br>*Attorney for Heather McLogan*<br>300 River Place Dr., Ste. 1400<br>Detroit, MI 48207-5095<br>(313) 965-6100;<br>Fax (313) 965-6558<br>aschlott@rmrtt.com |

## **RELIANCE UPON PLAINTIFF'S JURY DEMAND**

NOW COME Defendants, **COLE HODGE, ORLANDO LITTLE, JR., COADY RIES, MAURICE DAVIS, JA'SHON CHEEKS, BRANDON REYNOLDS, and BRADLEY HODGE**, by and through their Attorneys,

2

Sullivan, Ward, Patton, Gleeson & Felty, PC, and hereby rely upon the Jury Demand requested by Plaintiff, as to the issues of this cause of action.

Respectfully submitted,

**SULLIVAN, WARD, PATTON, GLEESON & FELTY, P.C.**

By: /s/ Todd A. McConaghy
Todd A. McConaghy (P55675)
Lee C. Patton (P26025)
Ronald S. Lederman (P38199)
*Attorneys for Defendants Cole Hodge, Orlando Little, Jr., Coady Ries, Maurice Davis, Ja'shon Cheeks, Brandon Reynolds, and Bradley Hodge*
400 Galleria Officentre, Ste. 500
Southfield, MI 48034
(248) 746-0700
tmcconaghy@sullivanwardlaw.com
lpatton@sullivanwardlaw.com
rlederman@sullivanwardlaw.com

Dated: December 2, 2021
W2534935.DOCX

---

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the ECF system which will serve a copy of same upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 2, 2021, by:

☐ U.S. Mail          ☐ Hand Delivered      ☐ Other: Email
☐ Fax                ☐ Overnight Courier
☐ Fed. Express       ☒ Other: Efile

Signature: */s/ Denise Roulo*
Sullivan, Ward, Patton, Gleeson & Felty, P.C.