# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
CORNELIUS FREDERICK, DECEASED,      Case No. 21-cv-00848

    Plaintiff,                                      Hon. Robert J. Jonker

v.

LAKESIDE FOR CHILDREN d/b/a
LAKESIDE ACADEMY; LAKESIDE
ACADEMY; SEQUEL YOUTH SERVICES OF
MICHIGAN, LLC; SEQUEL TSI HOLDINGS,
LLC; SEQUEL YOUTH AND FAMILY
SERVICES, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH
SERVICES, LLC; COLE HODGE
(DEFENDANT #1); ZACHARY SOLIS
(DEFENDANT #2); MICHAEL MOSLEY
(DEFENDANT #3); ORLANDO LITTLE, JR.
(DEFENDANT #4); COADY RIES
(DEFENDANT #5); MAURICE DAVIS
(DEFENDANT #6); JA'SHON CHEEKS
(DEFENDANT #7); BRANDON REYNOLDS
(DEFENDANT #8); HEATHER MCLOGAN
(DEFENDANT #9; and BRADLEY HODGE
(DEFENDANT #10).

    Defendants.

## NOTICE OF SETTLEMENT

      Plaintiff hereby provides notice to the Court that the parties have reached a settlement of this matter.  The parties will require additional time to finalize their settlement and submit closing documents.  In the meantime, the parties wish to

excuse Defendants from filing responsive pleadings, and it is the parties' understanding that submitting this Notice will so excuse Defendants.

                              Respectfully submitted,

Date: December 2, 2021        /s/: Geoffrey N. Fieger
                                       Geoffrey N. Fieger (P30441)
                                       *Fieger, Fieger, Kenney & Harrington, P.C.*
                                       Attorneys for Plaintiff
                                       19390 West Ten Mile Road
                                       Southfield, MI 48075
                                       (248) 355-5555
                                       g.fieger@fiegerlaw.com

                                       AND

                                       Jonathan R. Marko (P72450)
                                       MARKO LAW, PLLC
                                       Attorneys for Plaintiff
                                       1300 Broadway Street, Fifth Floor
                                       Detroit, MI 48226
                                       (313) 777-7529 / (313) 771-5785

---

### **PROOF OF SERVICE**

The undersigned hereby certifies that she served a copy of the foregoing upon all attorneys of record at their respective business addresses as disclosed by the pleadings of record herein on this 2nd day of December, 2021.

    __US Mail  ___ Hand Delivered   ___ UPS   ___ Other

    ___Email  X ECF ___ Federal Express ___ Facsimile

        Signature: /s/ Samantha M. Teal

**Legal Assistant to Geoffrey N. Fieger**