# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

TENIA GOSHAY, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
CORNELIUS FREDERICK, DECEASED,   Case No. 21-cv-00848

    Plaintiff,   Hon. Robert J. Jonker

v.

LAKESIDE FOR CHILDREN d/b/a
LAKESIDE ACADEMY; LAKESIDE
ACADEMY; SEQUEL YOUTH SERVICES OF
MICHIGAN, LLC; SEQUEL TSI HOLDINGS,
LLC; SEQUEL YOUTH AND FAMILY
SERVICES, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH
SERVICES, LLC; COLE HODGE
(DEFENDANT #1); ZACHARY SOLIS
(DEFENDANT #2); MICHAEL MOSLEY
(DEFENDANT #3); ORLANDO LITTLE, JR.
(DEFENDANT #4); COADY RIES
(DEFENDANT #5); MAURICE DAVIS
(DEFENDANT #6); JA'SHON CHEEKS
(DEFENDANT #7); BRANDON REYNOLDS
(DEFENDANT #8); HEATHER MCLOGAN
(DEFENDANT #9; and BRADLEY HODGE
(DEFENDANT #10).

    Defendants.

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims in the above-captioned action against all Defendants with prejudice and without costs to any party.

{01238184.DOCX}

| | |
|---|---|
| **FIEGER, FIEGER, KENNEY & HARRINGTON P.C.** | **MARKO LAW, PLLC** |
| By: /s/ Geoffrey N. Fieger<br>    Geoffrey N. Fieger (P30441)<br>Attorney for Plaintiff<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>g.fieger@fiegerlaw.com | By: Jonathan R. Marko *w/permission*<br>    Jonathan R. Marko (P72450)<br>Attorney for Plaintiff<br>1300 Broadway Street, Fifth Floor<br>Detroit, MI 48226<br>(313) 777-7529<br>jon@markolaw.com |
| **TANOURY, NAUTS, MCKINNEY & DWAIHY PLLC** | **SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC** |
| By: Gretchen L. Olsen *w/permission*<br>    Gretchen L. Olsen (P36619)<br>Attorneys for Defendant Michael Mosley<br>38777 W Six Mile Rd., Ste. 101<br>Livonia, MI 48152<br>(313) 964-4500<br>gretchen.olsen@tnmglaw.com | By: Todd A. McConaghy *w/permission*<br>    Todd A. McConaghy (P55675)<br>Attorneys for Defendants Cole Hodge, Orlando Little, Jr., Coady Ries, Maurice Davis, Ja'shon Cheeks, Brandon Reynolds, and Bradley Hodge<br>400 Galleria Officentre, Ste. 500<br>Southfield, MI 48034<br>(248) 746-0700<br>tmcconaghy@sullivanwardlaw.com |